No. 80–5899.  EADES *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 80–5908.  JUREK *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 80–5914.  SHELL *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 80–5938.  GOOLSBY *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–5953.  HACKETT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 80–5954.  OWENSBY *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 80–6005.  OUTING *v.* SMITH, ATTORNEY GENERAL, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–6038.  GALVAN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6067.  LAURENTS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6069.  BONEY *v.* ITT COMMUNITY DEVELOPMENT CORP.  C. A. 5th Cir.  Certiorari denied.

No. 80–6071.  FORMAN *v.* SMITH, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 80–6074.  RICHEY *v.* BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.